**Order entered May 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00068-CV

## IN THE INTEREST OF P.J.H. AND M.J.H., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85368**

### ORDER

The reporter's record in this case is past due. By order dated March 25, 2021, we ordered appellant to provide, within ten days, verification that he had notified Shannon Sudderth, Official Court Reporter for the 354th Judicial District Court, regarding the reporter's record and that he had paid for or made arrangements to pay for the record. By order dated April 2, 2021, we notified Ms. Sudderth we had received the requested verification and ordered her to file the reporter's record by May 3, 2021. To date, the record has not been filed.

Accordingly, we **ORDER** Ms. Sudderth to file, within **FIFTEEN DAYS**, either (1) the reporter's record; or (2) written verification that appellant has not

paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We expressly **CAUTION** Ms. Sudderth that failure to comply with this order will result in the Court taking such action as is necessary to have Ms. Sudderth comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Keli Aiken
Presiding Judge
354th Judicial District Court

Shannon Sudderth
Official Court Reporter
354th Judicial District Court

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE